| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | STEPHEN ZOVICKIAN (SBN 78697) |
| 2 | HAYWOOD GILLIAM (SBN 172732) |
| | RIANNE ROCCA (SBN 221640) |
| 3 | KYLE ZIPES (SBN 251814) |
| | ABIGAIL CONZATTI SLONECKER (SBN 252452) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| 5 | Telephone: (415) 393-2000 |
| | EMAIL: stephen.zovickian@bingham.com |
| 6 | |
| 7 | Attorneys for Defendant |
| | INGOMAR PACKING COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | | |
|---|---|---|
| FOUR IN ONE COMPANY, INC., | | No. 2:08-cv-03017-MCE-EFB |
| | Plaintiff, | NOTICE OF RELATED CASES |
| v. | | |
| INGOMAR PACKING COMPANY, | | |
| | Defendant. | |

A/72836218.3/2018632-0000336728

NOTICE OF RELATED CASES

1  Pursuant to Local Rule 83-123 ("Related Cases"), defendant Ingomar Packing
2  Company ("Ingomar") hereby submits this Notice of Related Cases and submits that
3  reassignment of the related cases to Honorable Lawrence K. Karlton, who was assigned *United*
4  *States of America v. Randall L. Rahall*, Case No. 08-cr-0566-LLK (E.D. Cal.), the earliest-filed
5  related action, is appropriate.
6  Ingomar states that the following actions now pending in this District appear to
7  1) involve many of the same parties and be based on the same or similar claims; 2) involve the
8  same events; 3) involve similar questions of fact and law, such that assignment to the same
9  Judge is likely to effect a substantial savings of judicial effort; and 4) entail substantial
10 duplication of labor if the actions were heard by different Judges:

11  1. *United States of America v. Randall L. Rahall*, E.D. Cal., Case No. 08-cr-0566-
12     LLK ("DOJ Criminal Action"), filed on 12/10/08;
13  2. *Four In One Company, Inc. v. SK Foods, L.P., Ingomar Packing Company, Los*
14     *Gatos Tomato Products, Randall Rahal, Intramark USA, Inc.*, Case No. 08-cv-
15     03017-MCE-EFB (E.D. Cal.) ("Four In One Action"), filed on 12/12/08;
16  3. *Diversified Foods and Seasonings, Inc. v. SK Foods L.P., Intramark USA, Inc.,*
17     *Randall Lee Rahal*, Case No. 08-cv-03074-MCE-EFB (E.D. Cal.) ("Diversified
18     Foods Action"), filed on 12/18/08;
19  4. *Bruce Foods Corporation v. SK Foods L.P., Ingomar Packing Company, Los*
20     *Gatos Tomato Products, Intramark USA, Inc., Randall Lee Rahall*, Case No. 09-
21     cv-000027-MCE-EFB (E.D. Cal.) ("Bruce Foods Action"), filed on 1/5/09;
22  5. *Leona's Pizzeria, Inc. v. SK Foods, L.P., Ingomar Packing Company, Los Gatos*
23     *Tomato Products, The Morning Star Company, Morning Star Packing*
24     *Company, Intramark USA, Inc., Randall Lee Rahal*, Case No. 09-cv-00148-
25     MCE-EFB (E.D. Cal.) ("Leona's Pizzeria Action"), filed on 1/16/09[1];

26
27  ---
    [1] The Leona's Pizzeria Action was voluntarily dismissed on January 30, 2009.
28
A/72836218.3/2018632-0000336728        2

1          6.   *The Morningstar Packing Company, Liberty Packing Company LLC, California Fruit & Tomato Kitchens LLC and The Morning Star Company v. SK Foods L.P., Scott Salyer, Randall Rahal, and Intramark USA, Inc.*, Case No. 09-cv-00208-FCD-GGH (E.D. Cal) ("Morning Star Action"), filed on 1/22/09.

I.   **RELATIONSHIP OF THE ACTIONS**

On January 14, 2009, this Court issued an order relating the Four in One Action, the Diversified Foods Action, and the Bruce Foods Action. In so holding, this Court found that these actions involve "many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges." *See* Related Case Order, p. 2 (Jan. 14, 2009). This Court's order was silent on the relatedness of the DOJ Criminal Action, which was filed on December 10, 2008 and was listed in Diversified Foods' December 31, 2008 Notice of Related Case.[2] On January 26, 2009, this Court issued a second order, with similar findings, relating the later-filed Leona's Pizzeria Action to the three above-referenced civil actions.

On January 22, 2009, Morning Star Packing Company and its subsidiaries filed a suit against SK Foods, Scott Salyer, Randall Rahall, and Intramark USA for violations of Section 1 of the Sherman Act, among other claims. Although this Morning Star Action has not yet been related, on January 23, 2009, Bruce Foods moved to have it consolidated with the four previously related civil actions. Ingomar supports consolidation of the civil actions for pre-trial issues.

These five civil actions each involve many of the same parties and many of the same allegations and legal claims as the DOJ Criminal Action. Specifically, all of these cases allege that certain defendants purportedly conspired to suppress and restrain competition for processed

---

[2] In its Notice of Related Case, Diversified Foods argued against reassignment with respect to the DOJ Criminal Action "given Judge Kaplan's [sic] handling of Rahal's guilty plea," but Diversified Foods fails to explain why the guilty plea should undermine this court's traditional practice of assigning related cases to the judge to whom the first filed action was assigned.

1  tomato products sold in the United States in violation of Section 1 of the Sherman Act.  Many of
2  these cases further allege a conspiracy to violate RICO (18 U.S.C. § 1962) based on the same, or
3  substantially similar, events.  In fact, in its motion to consolidate, Bruce Foods acknowledges
4  that each of the five civil actions "arise out of the same Department of Justice investigation into
5  anticompetitive conduct in the processed tomatoes market, which ultimately led Defendant
6  Randall Rahal to plead guilty to violations of the Sherman Action."  *See* Bruce Foods
7  Corporation's Memorandum of Points and Authorities In Support of Motion to Consolidate
8  Cases, p. 4 (citing paragraphs from each civil complaint relating to the DOJ investigation).
9  Given the overlapping parties, facts, and legal issues, it is likely that there will be an unduly
10 burdensome duplication of labor and expense if the five civil cases and the criminal action are
11 conducted before different judges.
12      For these reasons, the five civil actions listed above are related to the earlier-filed DOJ
13 Criminal Action.  Consistent with this Court's regular practice, Ingomar therefore respectfully
14 submits that the five later-filed civil cases should be reassigned to the Honorable Lawrence K.
15 Karlton.

DATED:  February 10, 2009

                                    Bingham McCutchen LLP


                                    By:/s/ Stephen Zovickian
                                           Stephen Zovickian
                                         Attorneys for Defendant
                                       INGOMAR PACKING COMPANY

A/72836218.3/2018632-0000336728                4

NOTICE OF RELATED CASES