Michael P. Lehmann
Arthur N. Bailey, Jr.
**HAUSFELD LLP**
600 Montgomer Street, Suite 3200
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-49800
mlehmann@hausfeldllp.com
abailey@hausfeldllp.com

*Class Counsel*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BRUCE FOODS CORPORATION, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SK FOODS, L.P., INGOMAR PACKING COMPANY, LOS GATOS TOMATO PRODUCTS, SCOTT SALYER, STUART WOOLF and GREG PRUETT,<br><br>Defendants. | Case No. 09-cv-00027 KJM EFB<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS INGOMAR PACKING COMPANY, GREGORY PRUETT, LOS GATOS TOMATO PRODUCTS AND STUART WOOLF**<br><br>Place: Courtroom 3<br>Judge: Hon. Kimberly J. Mueller |

WHEREAS, on March 12, 2009, an Order was entered consolidating the class action cases *Four in One Company v. SF Foods, LP, et al.* (Case No. 2:08-cv-03017-KJM-EFB), *Diversified Foods and Seasoning, Inc. v. SK Foods, et al.* (Case No. 2:08-cv-03074 KJM-EFB), *Bruce Foods Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00027-KJM-EFB), and *Cliffstar Corporation v. SK Foods, LP, et al.* (Case No. 2:09-cv-00442-KJM-EFB) for pretrial purposes ("the Consolidated Cases"); and

STIPULATION AND ORDER         - 1 -         CASE NO. 09-CV-00027

1     WHEREAS on March 20, 2009 Hausfeld LLP and Quinn Emmanuel were appointed as Interim Co-Lead Counsel ("Class Counsel") for the Consolidated Cases and a Consolidated Class Action Complaint was filed on November 9, 2009; and

    WHEREAS, on August 18, 2014, the Court issued an Amended Order Granting Plaintiffs' Motion for Final Approval of Class Settlement between Class Counsel and Defendants Ingomar Packing Company, Gregory Pruett, Los Gatos Tomato Products, and Stuart Woolf ("the Settled Defendants") in the lead case *Four in One Company v. SF Foods, LP, et al*. (Case No. 2:08-cv-03017-KJM-EFB) resolving all claims in the Consolidated Class Action Complaint as to the Settled Defendants; and

    WHEREAS, all funds from the Class settlements with the Settled Defendants have been paid and distributed to the Class, and the only funds left to be distributed to the Class are those pursuant to the Bankruptcy Plan in the Chapter 11 bankruptcy action filed by Defendant SK Foods, L.P. in the United States Bankruptcy Court for the Eastern District of California (Case No. 09-29162-D-11); and

    WHEREAS, on August 7, 2017, the Court issued a Final Judgment Order in lead case *Four in One Company v. SF Foods, LP, et al*. (Case No. 2:08-cv-03017-KJM-EFB) dismissing on the merits and with prejudice the Consolidated Class Action Complaint against the Settled Defendants;

    NOW THEREFORE, the parties hereby stipulate, subject to this Court's approval, that the Settled Defendants be dismissed with prejudice from this action. The action remains active and pending as to Defendants SK Foods, L.P. and Scott Salyer.

DATED: April 10, 2019      By:   */s/ Arthur N. Bailey, Jr.*
                                             Michael P. Lehmann
                                             Arthur N. Bailey, Jr.
                                             HAUSFELD LLP
                                             600 Montgomer Street, Suite 3200
                                             San Francisco, CA 94111
                                             Telephone: (415) 633-1908
                                             Facsimile: (415) 358-49800
                                             mlehmann@hausfeldllp.com
                                             abailey@hausfeldllp.com

| | | |
|---|---|---|
| 1 | DATED: April 10, 2019 | By: */s/ Steig Olson* (as authorized on 4/9/2019)<br>Stephen R. Neuwirth<br>Steig Olson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>stephenneuwirth@quinnemanuel.com<br>steigolson@quinnemanuel.com<br><br>*Class Counsel* |
| 9 | DATED: April 10, 2019 | By: */s/ Sujal Shah* (as authorized on 4/9/2019)<br>Sujal Shah<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Street, Spear Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>Sujal.shah@morganlewis.com<br><br>*Attorneys for Defendant Ingomar Packing Company* |
| 15 | DATED: April 10, 2019 | By: */s/ George A. Nicoud III* (as authorized on 4/9/2019)<br>George A. Nicoud III<br>GIBSON DUNN & CRUTCHER, LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>tnicoud@gibsondunn.com<br><br>*Attorneys for Defendant Los Gatos Tomato Products* |
| 22 | DATED: April 10, 2019 | By: */s/ Miles Ehrlich* (as authorized on 4/9/2019)<br>Miles Ehrlich<br>RAMSEY & EHRLICH LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Telephone: (510) 548-3600<br>Facsimile: (510) 291-3060<br>miles@ramsey-ehrlich.coom<br><br>*Attorneys for Defendant Greg Pruett* |

| | | |
|---|---|---|
| DATED: April 10, 2019 | By: */s/ William Farmer* (as authorized on 4/9/2019) | |

William Farmer
FARMER BROWNSTEIN JAEGER &
GOLDSTEIN LLP
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 962-2877
Facsimile: (415) 520-5678
wfarmer@fbj-law.com

*Attorneys for Defendant Stuart Woolf*

# **ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED:

The Court hereby dismisses with prejudice Defendants Ingomar Packing Company, Gregory Pruett, Los Gatos Tomato Products and Stuart Woolf.

IT IS SO ORDERED.

DATED: April 16, 2019.

_____
UNITED STATES DISTRICT JUDGE